```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMANUEL DELACRUZ, *on behalf of himself and* :
*all other persons similarly situated*, :
: 
                                  Plaintiff, :     1:19-cv-10321-GHW
        -v- :
:     <u>ORDER</u>
JAMBA JUICE COMPANY, :
:
                              Defendant. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On June 16, 2020, the Court issued a memorandum opinion and order, granting Defendant's motion to dismiss Plaintiff's first amended complaint. Dkt. No. 32. The Court's order granted Plaintiff leave to file a second amended complaint within fifteen days. *Id.* at 4. Therefore, Plaintiff's second amended complaint was due no later than July 1, 2020. As of the date of this order, the Court has not received Plaintiff's second amended complaint. Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

      SO ORDERED.

Dated: July 6, 2020

                                                                GREGORY H. WOODS
                                                            United States District Judge