UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EMANUEL DELACRUZ, on behalf of himself and
all other persons similarly situated,

                    Plaintiff,

-against-

JAMBA JUICE COMPANY,

                    Defendant.
-----------------------------------------------------------X

19 CIVIL 10321 (GHW)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2020, the Court issued a memorandum opinion and order on June 16, 2020, granting Defendant's motion to dismiss Plaintiff's first amended complaint. The Court's order granted Plaintiff leave to file a second amended complaint within fifteen days, therefore, Plaintiff's second amended complaint was due no later than July 1, 2020. As of the date of the order, the Court has not received Plaintiff's second amended complaint. Judgment is entered in favor of Defendant; accordingly, this case is closed.

**Dated:** New York, New York

       July 6, 2020

                                                            **RUBY J. KRAJICK**

                                                            Clerk of Court

                         BY:

                                                            **Deputy Clerk**